UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JOHNNY C. DYKE, | ) |
| *Plaintiff*, | ) Case No. 3:21-cv-282 |
| v. | ) Judge Travis R. McDonough |
| SOUTHERN HEALTH PARTNERS, *et al.*, | ) Magistrate Judge H. Bruce Guyton |
| *Defendants*. | ) |

## ORDER

Before the Court is Magistrate Judge Guyton's report and recommendation (Doc. 3) that the Court dismiss Plaintiff's Complaint (Doc. 2) for jurisdictional deficiencies and pursuant to 28 U.S.C. § 1915(e). No party has timely filed objections to the report and recommendation.

After reviewing the record and the applicable law, the Court agrees with the Magistrate Judge's findings of fact, conclusions of law, and recommendation. Therefore, the Court **ACCEPTS** and **ADOPTS** the report and recommendation (Doc. 3) and **ORDERS** that the Complaint (Doc. 2) be **DISMISSED WITHOUT PREJUDICE**.

**AN APPROPRIATE JUDGMENT WILL ENTER**.

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**